1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 EASTERN DISTRICT OF CALIFORNIA

11

12 | TODD LOUIS COAKLEY,

13           Plaintiff,

14    v.

15 MARGARET MIMS, et al.,

16          Defendants.

Case No. 1:13-cv-01702 DLB PC

ORDER DISMISSING COMPLAINT AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND TERMINATE CASE

17

18      Plaintiff Todd Louis Coakley ("Plaintiff") was detained at the Fresno County Jail proceeding

19 pro se and in forma pauperis at the time he filed this civil action on October 23, 2013, pursuant to 42

20 U.S.C. § 1983.[1]  He names Sheriff Margaret Mims and the Fresno County Jail Medical Department

21 as Defendants.

22      On October 20, 2014, the Court screened the complaint and dismissed it for failure to state a

23 claim for relief.  Plaintiff was granted thirty days to file an amended complaint.  Over thirty days

24 have passed and Plaintiff has failed to comply or otherwise respond to the Court order.  The Court

25 notes that the order served on Plaintiff was returned by the U.S. Postal Service as "undeliverable –

26 not in custody."

27      Accordingly, it is HEREBY ORDERED that:

28

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate on October 31, 2013.

1        1.      Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim

2 under section 1983;

3        2.      The Clerk of Court is DIRECTED to enter judgment and terminate the action.

4

5 IT IS SO ORDERED.

6     Dated:   **December 8, 2014**             /s/ *Dennis L. Beck*

7                                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28